```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                          Case No. 13-16137-ref
Bruce W Miller                                                  Chapter 13
Carol B Miller
       Debtors               CERTIFICATE OF NOTICE
District/off: 0313-4          User: Keith                 Page 1 of 3                  Date Rcvd: Dec 10, 2018
                              Form ID: 138NEW             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db/jdb         Bruce W Miller,   Carol B Miller,   24 Hemphill Street,   Alburtis, PA 18011-2623
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Centric Bank,   c/o Cunningham & Chernicoff, P.C.,   Bruce J. Warshawsky, Esquire,
               2320 North Second Street,   Harrisburg, PA 17110-1008
cr            +WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC# X2303-01A,   DES MOINES, IA 50328-0001
cr             Wells Fargo Bank N.A.,   1 Home Campus,   MAC X2303-01A,   Des Moines, IA 50328-0001
cr            +Wells Fargo Bank NA,   1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
13099478      +1st National Bank Of Omaha,   PO Box 3412,   Omaha, NE 68103-0412
13099479     ++AMERICAN EDUCATION SERVICES,   ATTN AES,   P O BOX 8183,   HARRISBURG PA 17105-8183
              (address filed with court: American Education Services,   1200 North 7th Street,
               Harrisburg, PA 17102)
13099480       American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
13170782       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13175664       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13099482      +Cap Tax,   Harrisburg Division,   2301 North Third Street,   Harrisburg, PA 17110-1816
13099483       Centric Bank,   PO Box 62090,   Harrisburg, PA 17106-2090
13194472      +Centric Bank,   c/o Bruce J. Warshawsky, Esquire,   Cunningham & Chernicoff, PC,
               2320 North Second Street,   Harrisburg, PA 17110-1008
13099484      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13099485      +Christopher E Miller,   24 Hemphill Street,   Alburtis, PA 18011-2623
13099486       Citibank,   PO Box 6341,   Sioux Falls, SD 57117
13099487      +Citibank/Shell,   PO Box 6487,   Sioux Falls, SD 57117-6487
13099489      +Credit First, N.A.,   P.O. Box 81344,   Cleveland, OH 44188-0001
13099490      +Dauphin County Tax Claim Bureau,   Dauphin Cty Admin Bldg,   2 South Second Street,
               Harrisburg, PA 17101-2047
13099492      +Essential Property Mgmt.,   Attn.: Andrew Passo,   PO Box 562,   Douglasville, PA 19518-0562
13099493     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   38 Fountain Square Plaza,
               Cincinnnati, OH 45202)
13117585      +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
13104926      +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
13099496       Fulton Bank Cardmember Services,   PO Box 790408,   St. Louis, MO 63179-0408
13099498      +Great Lakes,   P.O. Box 3059,   Milwaukee, WI 53201-3059
13099500      +Lehman Property Mgmt,   2740 Penbrook Avenue,   Harrisburg, PA 17103-1833
13210536      +MOHELA on behalf of Dept. of ED,   633 Spirit Dr.,   Chesterfield, MO 63005-1243
13125740      +Mid Penn Bank,   c/o Lori K. Serratelli, Esq.,   2080 Linglestown Road, Suite 201,
               Harrisburg, PA 17110-9670
13171829      +National Collegiate Trust,   Po Box 4941,   Trenton, NJ 08650-4941
13099502     ++PEOPLE FIRST FEDERAL CREDIT UNION,   2141 DOWNYFLAKE LN,   ALLENTOWN PA 18103-4799
              (address filed with court: People First FCU,   2141 Downeyflake Lane,   Allentown, PA 18103)
14020643      +PNC Bank, Nat Assoc,   c/o Rebecca A. Solarz, Esq.,   701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
13099503      +PNC Mortgage,   3232 Newmark Drive,   Mamsburg, OH 45342-5433
13099504      +Sunoco/Citibank,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13099505      +Tax Claim Bureau,   Berks County Service Center,   633 Court Street, 2nd Floor,
               Reading, PA 19601-3552
13126677       Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
13099506      +Treasurer,   County Of Berks,   633 Court Street, 2nd Floor,   Reading, PA 19601-3552
13150485       US Dept of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
13155502       Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
               Des Moines, IA 50328-0001
13099507      +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:26:12
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2018 02:26:24     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: fnb.bk@fnfg.com Dec 11 2018 02:26:23     First Niagara Bank, N.A.,
               6950 South Transit Road,   PO Box 514,   Lockport, NY 14095-0514
cr             E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 02:30:07     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13167605      +E-mail/Text: bncmail@w-legal.com Dec 11 2018 02:26:20     ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
```

```
District/off: 0313-4          User: Keith              Page 2 of 3                 Date Rcvd: Dec 10, 2018
                              Form ID: 138NEW          Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13099488       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2018 02:25:58      Comenity Bank,
                 Attn.: Bankruptcy Department,    P.O. Box 182125,    Columbus, OH  43218-2125
13099491       E-mail/Text: mrdiscen@discover.com Dec 11 2018 02:25:50      Discover,   P.O. Box 30943,
                 Salt Lake City, UT   84130
13102951       E-mail/Text: mrdiscen@discover.com Dec 11 2018 02:25:50      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13123637       E-mail/Text: fnb.bk@fnfg.com Dec 11 2018 02:26:23      First Niagara Bank NA,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
13099494      +E-mail/Text: fnb.bk@fnfg.com Dec 11 2018 02:26:23      First Niagra Bank,
                 6950 South Transit Road,    Lockport, NY 14094-6333
13099495       E-mail/Text: bankruptcy@fult.com Dec 11 2018 02:26:42      Fulton Bank,   PO Box 69,
                 East Petersburg, PA  17520-0069
13166907      +E-mail/Text: bankruptcy@fult.com Dec 11 2018 02:26:42      Fulton Bank,
                 Attn: Special Assets Dept,    P.O. Box 4887,    Lancaster PA 17604-4887
13099497      +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 02:30:08       GE Capital Retail Bank,
                 Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13099499      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 11 2018 02:25:52      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
13099501      +E-mail/Text: bonnie.berkoski@midpennbank.com Dec 11 2018 02:26:39      Mid Penn Bank,
                 349 Union Street,    Millersburg, PA 17061-1654
13194771       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 02:29:43
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13108353       E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2018 02:29:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, A Division of PNC Bank, NA, As Servi
cr*            +Mid Penn Bank,   349 Union Street,   Millersburg, PA 17061-1654
13127680*     ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court: People First Federal Credit Union,    2141 Downyflake Ln,
                 Attn: Asset Recovery,    Allentown, PA  18103-4774)
13099481      ##+American Express,   P.O. Box 6618,   Omaha, NE 68106-0618
13314034      ##+Michael J. McCrystal, Esquire,    2355 Old Post Road,   Suite 4,   Coplay, PA 18037-2459
                                                                                  TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
```
              BRUCE JEFFREY WARSHAWSKY    on behalf of Creditor    Centric Bank bjw@cclawpc.com,
               jhr@cclawpc.com;jametrano@cclawpc.com;jlaughman@cclawpc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LORI K. SERRATELLI    on behalf of Creditor    Mid Penn Bank LSerratelli@ssbc-law.com,
               jmadden@ssbc-law.com;sschiffman@ssbc-law.com;jspence@ssbc-law.com;esmith-simmons@ssbc-law.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Bruce W Miller mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Carol B Miller mccrystallaw@gmail.com,
               sueparalegal@gmail.com
```

```
District/off: 0313-4          User: Keith              Page 3 of 3            Date Rcvd: Dec 10, 2018
                              Form ID: 138NEW          Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bruce W Miller and Carol B Miller

    Debtor(s)                                Bankruptcy No: 13−16137−ref

                                             Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        400 Washington Street
                               Suite 300
                            Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                    Timothy B. McGrath
                                                                      Clerk of Court

Dated: 12/10/18

                                                                                                41 − 40
                                                                    Form 138_new